IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEXANDER M. DALY, JR.,

      Former Husband/Appellant,

v.

NICOLENA DALY,

      Former Wife/Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0011

Opinion filed March 3, 2016.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Michael L. Edwards, Jacksonville, for Appellant.

Michael J. Korn of Korn & Zehmer, P.A., and William J. Dorsey, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS and KELSEY, JJ., and STONE, WILLIAM F., ASSOCIATE JUDGE, CONCUR.